UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**KENNETH W SIMMONS**
(Plaintiff)

-v-                                             case no.
                                                10-1345
GC Services L.P.

FILED
NOV 1 2010
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

This is a common law tort claim under Illinois common law tort (this Court has jurisdiction for my tort claim under diversity as Defendant is located in Houston Texas) and a claim under the Fair Debt Collections Practices Act.

1. On 10-26-10 at 6:45p.m from 1-866-749-7279 (the parties name was blocked from my caller ID), a message was left on my answering machine from a party that indicated it was GC Services a debt collector and referred me to account # 3768516.

2. On 10-26-10 at approx. 7:50 p.m, I sent a email via GC Services website(have a copy) indicating 1. I did not owe the alleged debt, 2. I would not pay the alleged debt, and 3. to cease all communication regarding the alleged debt.

3. On 10-29-10 at 11:44 a.m. the now defendant GC Services called my home phone and left a communication regarding account #3768516 ( identical to the message left on 10-26-10 ).

4. Defendant failed to cease communication regarding the alleged debt as required by the F.D.C.P.A. by communicating with me on 10-29-10 regarding the alleged debt.

5. I feel harassed, annoyed, angered and have incurred emotional and mental damages due to Defendants actions.

## RELIEF REQUESTED

A injunction preventing further communication regarding the alleged debt, $1,000 in damages per the F.D.C.P.A., all costs and $10,000 for tort damages or as the Court/Jury deems reasonable to prevent further communications regarding the alleged debt.

                                                K.W. Simmons
                                                Pro Se

Kenneth W. Simmons
PO Box 301

Deer Creek, Il. 61744
309-440-4004